INTERSTATE BRANDS CORPORATION, APPELLANT, *v.* D.L. PETERSON TRUST COMPANY ET AL., APPELLEES.

[Cite as Interstate Brands Corp. *v.* D.L. Peterson Trust Co. (1989), 43 Ohio St. 3d 174.]

(No. 88-1305—Submitted April 4, 1989—Decided June 14, 1989.)

*Crabbe, Brown, Jones, Potts & Schmidt, Gilbert J. Gradisar* and *John C. Albert,* for appellant.

*Wiles, Doucher, Van Buren & Boyle Co., L.P.A., Thomas E. Boyle* and *Kevin R. Bush,* for appellees.

The judgment of the court of appeals is affirmed on authority of *Cincinnati Bell Tel. Co.* v. *Straley* (1988), 40 Ohio St. 3d 372, 533 N.E. 2d 764.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.